Yannuzzo, Appellant, *v.* Wockley.

Argued October 11, 1965.   Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*J. Craig Kuhn,* with him *Wilner, Wilner and Kuhn,* for appellants.

*Kim Darragh,* with him *Meyer, Darragh, Buckler, Bebenek & Eck,* for appellee.

OPINION PER CURIAM, November 23, 1965:
Judgment affirmed.
Mr. Justice MUSMANNO dissents.